IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-36 Erie |
| | ) | |
| MAURICE FRANCIS FOLEY | ) | |

## <u>O R D E R</u>

AND NOW to wit, this _____ day of _____, 2005, after considering the government's Motion to Dismiss Counts Subsequent to Sentencing, it is hereby **ORDERED** that counts two, four and six through sixteen of the Indictment are dismissed.

_____
SEAN J. McLAUGHLIN
United States District Judge