MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA           )
                                   )
                                   )
              Plaintiff,            )
                                   )
         Vs.                        ) Case No. CR 04-36 Erie
                                   )
                                   )
MAURICE FRANCIS FOLEY              )
                                   )
                                   )
              Defendant.            )

**HEARING ON** Sentence

Before Judge  Sean J. McLaughlin

  Christian A. Trabold                    David Schroeder

   Appear for Plaintiff                    Appear for Defendant

Hearing begun  10:00 a.m.          Hearing adjourned to _____
Hearing (concluded) C.A.V. 12:28 PM   Stenographer Ron Bench
                                     Clerk n/a

WITNESSES:

Defendant Sentenced
J & C to Follow

GOVT WITNESS: ERIC Reese

GOVT EX. 1: HANDwritten Correspondence
GOVT EX 2: Ledger

△ Witness: Father Peterson