## NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT   Western District of Pennsylvania   (Pittsburgh)
(District/State)                                                      (Location)

U.S. TAX COURT ( )          CIRCUIT COURT
                            DOCKET NO. _____
                                            (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

United States of America          DISTRICT or
                                  TAX COURT NO. 04-36E
              v.

Maurice Francis Foley et al       DISTRICT of
                                  TAX COURT
                                  JUDGE        Sean J. McLaughlin


Notice is hereby given that   Maurice Francis Foley
                                        (Named party)
appeals to the United States Court of Appeals for the Third Circuit from

( x) Judgment    ( ) Order    ( ) Other (Specify) _____


entered in this action on   July 29, 2005
                                 (date)


DATED:   August 5, 2005

_____
(Counsel for Appellant - Signature)

David A. Schroeder                     Asst. US Atty Christian Trabold
(Name of Counsel - typed)              (Counsel for ...)

915 State Street                       US Courthouse 17 South Park Row
(Address)                              (Address)

Erie, PA 16501                         Erie, PA 16501
(City, State, Zip Code)                (City, State, Zip Code)

                                       814-452-2906
814-461-7876                           (Telephone No. - U.S. Gov't
(Telephone No. - U.S. Gov't FTS         FTS or Other)
     or Other)

Note: USE ADDITIONAL SHEETS if all appellants and/or all counsel for
appellees cannot be listed on the Notice of Appeal sheet.