IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 04-36 Erie |
| ) | |
| MAURICE FRANCIS FOLEY, ) | |
| ) | |
| Defendant. ) | |

## CORRECTED JUDGMENT

AND NOW, this 30th day of August, 2005, IT IS HEREBY ORDERED that the Judgment entered on the docket on July 29, 2005 [Doc. No. 169], is corrected as follows:

The defendant shall forfeit the defendant's interest in the following property to the United States:

    (a)    United States currency in an amount of at least $215,031.35, cash equivalents, and bank account balances;

    (b)    Real property including, without limitation:

        (i)    19845 Hill Road, Hayfield Township, Crawford County, Pennsylvania, SW Intersection of 735 & 606; Assessor's Parcel # 28-05-008-70003;

    (c)    Vehicles including, without limitation:

        (i)    2003 Chevrolet Silverado, VIN: 1GCJK331X3F134794

        (ii)    Dodge Ram truck, VIN: 1B7KF23W91J175474

        (iii)    BMW, VIN: WBAAA1311MEC69886; and

    (d)    A coin collection.

IT IS FURTHER ORDERED that all other aspects of the original Judgment entered on the docket on July 29, 2005 shall remain in full force and effect.

                                                    s/ Sean J. McLaughlin
                                                    United States District Judge

cc:    All parties of record.
        U.S. Marshal Service
        Probation/Pretrial Services
        United States Bureau of Prisons