IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Maurice Foley, Petitioner,     (
             (
  v.           (
             (
The United States Of America    (
             (
Special Agent Edwin Whitteaker, BATFE (
             (   Criminal No. 04-36
The Pennsylvania State Police   (
             (
Trooper James Basinger     (
             (
Trooper Robert Rowles      (
             (
Trooper Eric Reese       (

## MOTION FOR THE RETURN OF SEIZED PROPERTY

And now comes the petitioner, Maurice Foley, proceeding pro se, respect-
fully requesting this court to order the above named respondents to return
property that was seized during the course of the investigation of this case
pursuant to Federal Rules of Criminal Procedure Rule 42. This involves a
total of eleven (11) searches conducted by The Pennsylvania State Police,
The Bureau of Alcohol, Tobacco and Firearms, and other law enforcement agencies
that are unknown to this petitioner in Pennsylvania, California and Arizona
over nearly a one year period. The facts are as follows:

On April 18, 2003, The Pennsylvania State Police executed a search warrant
at 19845 Hill Road, Saegertown, Pa. Numerous items were seized. (see exhibit
B,C,D,E and F). Out of all the items seized in this search, only two (2) items
were agreed to be forfeited as part of the plea entered on April 28, 2005.
(see exhibits G and H). These items are as follows:

 1) One Dodge Ram truck, vin# 1B7KF23W91J175474

 2) One 1991 BMW, vin # WBAAA1311MEC69886

The remainder of the items seized from this search which this petitioner is requesting the court order to be returned to him are as follows:

1) One First Alert wireless monitor with camera

2) One Physicians Desk Reference book

3) One Rolex watch

4) One sheet of $1 bills and one sheet of $2 bills, U.S. currency. (collector's items)

5) Two mini DVDs and two rolls of film

6) One 16' utility trailer

7) One 28' utility trailer and its contents

8) One Harley Davidson "Whizzer" motorized bicycle

On august 6, 2003, the following items were seized from 19845 Hill Rd., Saegertown, Pa. (see exhibits J,K and L). None of these items were agreed to be forfeited according to the plea agreement that was entered on April 28, 2005. (see exhibits G and H). Therefore, this petitioner also requests that this court order these items be returned to him. They include:

1) One Whirlpool Duet front loading washer

2) One General Electric dryer

3) Two video tapes, two photo albums and two undeveloped rolls of film.

4) One Sharp 36" color television, Model # 36S400SN622788

5) One oak entertainment center

6) One 7 peice oak bedroom set

7) One 1986 Honda motorcycle (dirt bike)

8) One Pro-Tech portable planer

9) One Ryobi variable speed mini-lathe

10)  Leather couch and love seat

11)  One Garmin GPS III, series #966446317

12)  Four BMW tires and wheels

13)  One nightstand safe

14)  One Winchester gun safe

15)  All paperwork, property deeds, vehicle titles, photos, receipts and
     other miscellaneous documents not listed above

16)  Any and all items, tools and equiptment not listed above


Many additional items were also seized during the course of this invest-
igation. To date, after numerous attempts to obtain documentation of these
items, nothing has been able to be obtained in order to accurately describe
and list these items. They are repeatedly said to be "sealed". It is nearly
impossible to list every item seized from memory due to the fact that no
inventory lists have been made available to this petitioner for the following
searches:

In December of 2003, the following item was seized from the 6700 block
of Carpenter Road, Conneautville, Pa. This item was not agreed to be forfeited
according to the plea agreement entered on April 28, 2005 (see exhibits G
and H). Therefore, this petitioner also requests that this court order this
item be returned to him:

1)  A Franklin 45' dual axle camper along with all of its contents, which
include furniture, tools, high performance racing automotive parts, a gas
powered generator, propane tanks and several other items.

On August 7, 2003, Numerous items were seized from 11440 State Road, Albion, Pa. This location was used as a storage garage. No inventory list has been made available after many attempts. The following list is comprised from memory as accurately as possible:

1) One Yamaha "Banshee" ATV

2) One Craftsman 220 volt air compressor

3) One 110 volt MIG welder

4) One Lincoln 220 volt TIG welder

5) A component 7 channel home stereo with 7 speakers

6) One Craftsman rollaway toolbox full of tools

7) One small Craftsman toolbox full of tools

8) One HOMAK rollaway toolbox full of tools

9) One machinists toolbox full of taps and dies (tools)

10) A large (approximately 18.5 cu. ft.) chest freezer

11) One acetylene torch set

12) A 572 cubic inch racing motor

13) A Ford 1720 Diesel tractor

14) A flatbed trailer, 24' in length (homemade)

15) A "Big Brute" racing torque converter

16) One ESAB 200 amp plasma cutter

17) A Mikita crosscut metal cutting saw

18) Numerous Snap-on and Craftsman tools, power and air tools. This includes ratchets, sockets, wrenches, impact wrenches, screwdrivers, etc.

19) All other tools, automotive parts and equiptment not listed above.

Several other searches were also conducted during the course of this investigation. From these searches various personal property belonging to this petitioner was also seized. To date, none of these search warrants/ inventory lists have been made available to this petitioner. Therefore, this petitioner cannot even begin to guess what was seized, so the attempt will not even be made at this point. These searches are as follows:

1) 1709 Gorman Drive, Erie, Pa. was searched on August 6, 2003.

2) 12572 McChesney Road, East Springfield, Pa. was searched on August 6, 2003.

3) 317 West Nugent Street, Lancaster, California was searched on August 6, 2003.

4) 632 Liberty Street, Erie, Pa. was searched in late October of 2003.

5) A self storage unit was also searched on Sierra Highway, Lancaster, California on an undetermined date in 2003.

Among all of the searches listed above, this petitioner had personal property being stored. This personal property includes various paperwork, property deeds, vehicle titles, receipts and many other important documents which will be very difficult to replace. At this point, these documents would have no evidentiary value to the government since a plea has already been reached in this agreement. However, the property that may have been seized at these locations is not limited to only paperwork. It cannot be stated at this point what was seized with sufficient accuracy. None of the items seized from any of these searches were agreed to be forfeited according to the plea agreement entered on April 28, 2005, therefore, this petitioner also respectfully requests this court to order the government and various law enforcement agencies that seized this property to return it forthwith.

Prior to signing this plea agreement on April 28, 2005, this petitioner was told by his attorney, David Schroeder, that all of the items not listed in the plea agreement would not be forfeited and therefore would be returned subsequent to sentencing. Believing all of these items would be returned in good faith in exchange for avoiding trial for the government, this petitioner signed the plea agreement.

At sentencing, this petitioner was told by his attorney to have his father go to the state police station to retreive this property and to bring a truck. This was further misleading information. U.S. Attorney Trabold also stated at sentencing that the government only wishes to seek forfeiture of the items listed in the plea agreement, excluding The Mule Road property and the McChesney Road property. When this petitioner's father went to the police station with the truck, all that was given to him were a few boxes of papers. This was a very misleading, bad faith act by the government/respondents.

This petitioner entered into a plea agreement which resulted in a 330 month sentence in which nobody was harmed directly. In this plea agreement he also agreed to forfeit a home which he built himself, over $215,000 in cash, 3 vehicles and a valuable coin collection which was accumulated since childhood as part of accepting responsibility for this crime. The government agreed to return the remainder of the personal items seized in good faith. After receiving this harsh sentence, the government then chooses to return absolutely nothing. Furthermore, the search warrants/inventory lists are said to be "under seal" indefinately to make it even more difficult to petition the court(s) for this property to be returned.

Wherefore, this petitioner respectfully requests this court to order the United States Government, Special Agent Edwin Whitteaker, The Pennsylvania State Police, Trooper James Basinger, Trooper Robert Rowles and Trooper Eric Reese to return all of the personal property seized during the course of this investigation, which would include but not be limited to, the items listed above. This would also exclude the items agreed to be forfeited according to the plea agreement: the Hill Road property, over $215,000 in cash, three vehicles, and the coin collection.

Under the pains and penalties of perjury, 18 U.S.C. 1623 and 28 U.S.C. 1746, this petitioner, Maurice Foley, swear that the above stated facts are true and correct to the best of his knowledge.

Respectfully submitted:

Maurice Foley #20211-068
U.S. Penitentiary Canaan
P.O. Box 300
Waymart, Pa. 18472

(7)

Commonwealth of Pennsylvania 

COUNTY OF CRAWFORD

**APPLICATION FOR**
# SEARCH WARRANT
**AND AUTHORIZATION**

Docket Number MD-76-03
(Issuing Authority): *Lincoln S. Zilhaver*

Police Incident
Number: E05-1045215

Warrant Control
Number:

| TPR. JAMES B. BASINGER | PA STATE POLICE | 814-332-6911 | 04/18/03 |
|---|---|---|---|
| *AFFIANT NAME* | *AGENCY* | *PHONE NUMBER* | *DATE OF APPLICATION* |

IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED (Be as specific as possible):

SEE ATTACHMENT A

SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):
A grey vinyl sided multi-story residence at 19845 Hill Rd Saegertown, PA 16433, Hatfield Twp, Crawford County with a satelite dish on the front porch roof. A two story vertical wood-sided garage at 19845 Hill Rd Saegertown. Two enclosed utility trailers, a large bus, and other out buildings and curtilage.

NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED (If proper name is unknown, give alias and/or description):
Maurice Francis FOLEY and Christina Marie WEBER

VIOLATION OF (Describe conduct or specify statute):
CSDDCA 13a30, 13a16, 13a31i, 13a32

DATE(S) OF VIOLATION:
04/18/03

☐ *Warrant Application Approved by District Attorney – DA File No.* _____
(If DA Approval required per Pa.R.Crim.P. 2002A with assigned File No. per Pa.R.Crim.P. 107)
☒ *Additional Pages Attached (Other than Affidavit of Probable Cause)*

☒ *Probable Cause Affidavit(s) MUST be attached (unless sealed below)   Total number of pages:* 5

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| | PA State Police | 7456 |
|---|---|---|
| *Signature of Affiant* | *Agency or Address if private Affiant* | *Badge Number* |

Sworn to and subscribed before me this __18__ day of __4__ __19 03__. Mag. Dist. No. __30-3-03__

*Signature of Issuing Authority*   2100 Independence Dr, Court Facility, Saegertown Pa 16433   *Office Address*   **(SEAL)**

**SEARCH WARRANT**
TO LAW ENFORCEMENT
OFFICER:

WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **

__5:33__ A M, o'clock __4/20/03__ __19__

\* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 2005(d).
\*\* If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 2006(g).

Issued under my hand this __18__ day of __4__ __19 03__ at __5:24__ A M, o'clock.

**(SEAL)**

*Signature of Issuing Authority*   30-3-03   *Mag. Dist. or Judicial Dist. No.*   1st Monday 2008   *Date Commission Expires:*

Title of Issuing Authority: ☒District Justice ☒Common Pleas Judge ☐ _____

☐ *For good cause stated in the affidavits(s) the Search Warrant Affidavit(s) are sealed for* _____ *days by my certification and signature. (Pa.R.Crim.P. 2011)*

_____ _____ (Date) **(SEAL)**

*Signature of Issuing Authority* (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).

ACPC 410A-02-03-95

TO BE COMPLETED BY THE ISSUING AUTHORITY

EXHIBIT A

## Commonwealth of Pennsylvania

**COUNTY OF CRAWFORD**

**RECEIPT / INVENTORY**
OF SEIZED PROPERTY

| Docket Number (Issuing Authority): | Police Incident Number: E05-1045215 | Warrant Control Number: |
|---|---|---|

Date of Search: 0X/18/05   Time of Search: 0600   Inventory Page Number: 1 of 4 Pages

| Tpr. James B. BASINGER | PA STATE POLICE | 7456 |
|---|---|---|
| *Affiant* | *Agency or Address if private affiant* | *Badge No.* |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s) (if not sealed) was
☐ personally served on (name of person) _____
☒ was left at (describe the location) 19845 HILL RD SAEGERTOWN, PA 16433

| Item Number | Quantity | Item Description / Make, Model, Serial No., Color, etc. |
|---|---|---|
| 1 | 1 | SMALL BAG OF GREEN VEGETABLE MATTER (GUM) |
| 2 | 1 | GREEN DUFFLE BAG |
| 3 | 6 | ONE POUND BAGS OF GUM |
| 4 | 19 | ONE POUND BAGS OF GUM |
| 5 | 1 | LG BAG CONTAINING 2 SMALL BAGS OF GUM |
| 6 | 2 | QUART SIZE BAG OF GUM |
| 7 | 1 | QUART SIZE BALL MASON JAR OF GUM |
| 8 | 2 | LG BAGS OF GUM MARKED "4" "SHAKE" |
| 9 | 1 | MARIJUANA SMOKING PIPE |
| 10 | 1 | QUART SIZE BAG OF GUM |
| 11 | 1 | CD CASE W/ WHITE RESIDUE & 2 $1.00 BILLS W/ WHITE RES |
| 12 | 5 | CONTAINERS OF GUM |
| 13 | 1 | HIDDEN COMPARTMENT PUNCTURE SEAL CAN |
| 14 | 14 | BOXES OF ZIPLOCK BAGS |
| 15 | 1 | MONEY WRAPPER "$1000.00" & RUBBER BAND |
| 16 | 4 | ZIPLOC BAGS OF GUM |
| 17 | 1 | ONE SHEET OF $1.00 BILLS & ONE SHEET OF $2.00 BILLS |
| 18 | 1 | OHAUS TRIPLE BEAM SCALE (2610 GRAM) |
| 19 | 1 | ZIPLOC BAGS |
| 20 | 1 | GREEN VEG. MATTER |
| 21 | 1 | BLACK PLASTIC TRAY |
| 22 | 1 | CONTICO BLACK PLASTIC TUB |
| 23 | 1 | OHAUS TRIPLE BEAM SCALE (45 LB) W/ COUNTER WEIGHTS |
| 24 | 1 | ZIPLOC BAGS & PLASTIC WRAP |
| 25 | 1 | STRAW W/ WHITE RESIDUE MADE FROM $1.00 BILL |
| 26 | 1 | PAPERWORK FROM GARAGE |
| 27 | 1 | FIRST ALERT WIRELESS CAMERA / MONITOR |

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)--Unsworn Falsification to Authorities.

| Signature of person issuing Receipt / Inventory | Printed Name: TPR JAMES B. BASINGER | Affiliation: PSP | Badge or Title: 7456 |
|---|---|---|---|

| Signature of Witness | Printed Name | Affiliation | Badge or Title |
|---|---|---|---|

| Signature of person making Search | Printed Name: TPR JAMES B. BASINGER | Affiliation: PSP | Badge or Title: 7456 |
|---|---|---|---|

ACPC 1738 12-09-98

EXHIBIT B

# Commonwealth of Pennsylvania



## COUNTY OF CRAWFORD

# RECEIPT / INVENTORY
## OF SEIZED PROPERTY

| Docket Number (Issuing Authority): | Police Incident Number: E05-1045215 | Warrant Control Number: |
|---|---|---|
| Date of Search: 04/18/03  Time of Search: 0600 | Inventory Page Number: 2 of 4 Pages | |

| Tpr. James B. BASINGER | PA STATE POLICE | 7456 |
|---|---|---|
| Affiant | Agency or Address if private affiant | Badge No. |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s)  (if not sealed) was

☐ personally served on (name of person)

☒ was left at (describe the location) 19845 HILL RD SAEGERTOWN PA 16433

1240

| Item Number | Quantity | Item Description | Make, Mode, Serial No., Color, etc. |
|---|---|---|---|
| 28 | 1 | BAG OF SEEDS & GVM | |
| 29 | 1 | FOOD SAVER BAG VAC | |
| 30 | 1 | LARGE METAL TRAY | |
| 31 | 2 | BALLISTIC VESTS | |
| 32 | 1 | ELECTRIC SMOKING PIPE | |
| 33 | 1 | DIGITAL SCALE IN BOX | |
| 34 | 2 | PLASTIC WRAPPED BRICKS OF GVM | |
| 35 | 2 | MONEY WRAPPER ($1000.00) | |
| 36 | 7 | PLASTIC WRAPPED BRICKS OF GVM | |
| 37 | 2 | PLASTIC WRAPPED LARGE BRICKS OF GVM | |
| 38 | 1 | BROWN CLOTH BAG OF VARIOUS AMMO | |
| 39 | 2 | MARIJUANA BONGS (CERAMIC FACES) | |
| 40 | 1 | BLACK CLOTH BAG OF VARIOUS AMMO | |
| 41 | 1 | PLASTIC WASH TUB OF VARIOUS AMMO | |
| 42 | 1 | BROWN TRI-FOLD WALLET W/ CLARENCE ODAY OPER LIC. | |
| 43 | 1 | US CURRENCY $240.00 | |
| 44 | 1 | LARGE BAG OF GVM MARKED "2" | |
| 45 | 1 | RUBBERMAID CONTAINER OF GVM | |
| 46 | 1 | PHYSICIANS DESK REFERENCE | |
| 47 | 1 | PAPERWORK FROM FIRST FLOOR OF HOME | |
| 48 | 1 | PAPERWORK FROM SECOND FLOOR OF HOME | |
| 49 | 1 | PAPERWORK FROM WEBER'S WALLET | |
| 50 | 1 | PAPERWORK FROM KITCHEN | |
| 51 | 1 | PICTURES & PAPERWORK FROM LIVING ROOM | |
| 52 | 1 | PLANNER / ADDRESS BOOK | |
| 53 | 29 | BAGS OF GVM | |
| 54 | 2 | TUPPERWARE CONTAINERS CONTAINING GVM. | |

I/we do hereby state that this Inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)—Unsworn Falsification to Authorities.

| Signature of person issuing Receipt / Inventory | TPR. JAMES B. BASINGER | PSP | 7456 |
|---|---|---|---|
| | Printed Name | Affiliation | Badge or Title |

| Signature of Witness | | | |
|---|---|---|---|
| | Printed Name | Affiliation | Badge or Title |

| Signature of person making Search | TPR. JAMES B. BASINGER | PSP | 7456 |
|---|---|---|---|
| | Printed Name | Affiliation | Badge or Title |

AOPC 413B 12-03-98

EXHIBIT C

# Commonwealth of Pennsylvania

## COUNTY OF CRAWFORD

**RECEIPT / INVENTORY**
OF SEIZED PROPERTY

| Docket Number (Issuing Authority): | Police Incident Number: E05-1045215 | Warrant Control Number: |
|---|---|---|

Date of Search: 04/18/03    Time of Search: 0600    Inventory Page Number: 3 of 4 Pages

| Tpr. James B. BASINGER | PA STATE POLICE | 7456 |
|---|---|---|
| *Affiant* | *Agency or Address if private affiant* | *Badge No* |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s) (if not sealed) was

☐ personally served on (name of person) _____

☒ was left at (describe the location) 19845 HILL RD SAEGERTOWN, PA 16433

| Item Number | Quantity | Item Description | Make, Model, Serial No., Color, etc. |
|---|---|---|---|
| 55 | 1 | GLASS MASON JAR CONTAINING GVM | |
| 56 | 1 | PLASTIC BAG OF MUSHROOMS | |
| 57 | 1 | SMALL GLASS JAR CONTAINING GVM | |
| 58 | 1 | PLASTIC CONTAINER WITH WHITE AND BLUE PILLS | |
| 59 | 1 | PLASTIC CONTAINER WITH WHITE PILLS | |
| 60 | 1 | PLASTIC BAG WITH 2 YELLOW PILLS AND 1 WHITE PILL | |
| 61 | 1 | MISC. PAPERS FROM SMALL WOODEN BOX | |
| 62 | 1 | MISC. PAPERS FROM LARGE WOODEN BOX | |
| 63 | 1 | MISC. PAPERS, RECIEPTS, LEDGER FROM SAFE | |
| 64 | 1 | RECEIPT AND NOTEBOOK FROM BLACK ORGANIZER | |
| 65 | 1 | MISC. PAPERS FROM BOOK "HOW TO BURY YOUR GOODS" | |
| 66 | 1 | BOOK ENTITLED "HOW TO BURY YOUR GOODS" | |
| 67 | 1 | 44 MAG REVOLVER W/SCOPE SERIAL # 560-68728 | |
| 68 | 1 | REMINGTON 44 MAG AMMUNITION, BOX CONTAINING 42 ROUNDS | |
| 69 | 1 | "MY WEIGH" 2006m DIGITAL SCALE | |
| 70 | 1 | "LUKE" KEY CHAIN | |
| 71 | 1 | FILTER SCREENS | |
| 72 | 2 | MONEY WRAPPERS "$1,000" | |
| 73 | 1 | ROLEX WATCH, GOLD/SILVER IN COLOR | |
| 74 | 1 | MONEY WRAPPER "$1,000" W/TAPE | |
| 75 | 1 | PAPER W/ "INO8" $350.00" | |
| 76 | 1 | BAGGIE CONTAINING WHITE CHRYSTALINE SUBSTANCE | |
| 77 | 1 | BAGGIE CONTAINING SMALL CHUNK OF | |
| 78 | 1 | BAGGIE CONTAINING SMALL AMOUNT OF WHITE CHRYSTALINE SUBSTANCE | |
| 79 | 2 | BRICKS OF BROWN TAR SUBSTANCE | |
| 80 | 1 | $120.00 ROLLED QUARTERS | |
| 81 | 1 | $25.00 ROLLED CANADIAN DOLLARS | |

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)-Unsworn Falsification to Authorities.

| Signature of Person Issuing Receipt / Inventory | TPR JAMES B BASINGER (Printed Name) | PSP (Affiliation) | 7456 (Badge or Title) |
|---|---|---|---|

| Signature of Witness | (Printed Name) | (Affiliation) | (Badge or Title) |
|---|---|---|---|

| Signature of person making Search | TPR JAMES B BASINGER (Printed Name) | PSP (Affiliation) | 7456 (Badge or Title) |
|---|---|---|---|

AOPC 411B 12-04-98

EXHIBIT D

04/30/03  21:54 FAX 7247781413          KIKKOS REGIONAL OFFICE

| Commonwealth of Pennsylvania | | RECEIPT / INVENTORY |
|---|---|---|
| COUNTY OF CRAWFORD | | OF SEIZED PROPERTY |

| Docket Number (Issuing Authority): | Police Incident Number: E05-1045215 | Warrant Control Number: |
|---|---|---|

Date of Search: 04/18/03  Time of Search: 0600    Inventory Page Number: 4 of 4 Pages

| Tpr. James B. BASINGER | PA STATE POLICE | 7456 |
|---|---|---|
| Affiant | Agency or Address if private affiant | Badge No. |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s) (if not sealed) was

☐ personally served on (name of person)

☒ was left at (describe the location)  19845 HILL RD SAEGERTOWN, PA 16433

| Item Number | Quantity | Item Description                Make, Model, Serial No., Color, etc. |
|---|---|---|
| 82 | 1 | $16,106.00 U.S. CURRENCY VARIOUS DENOMINATIONS |
| 83 | 1 | KEY TO GARAGE |
| 84 | 1 | TWO MINI DV'S & TWO ROLLS OF FILM |
|  |  |  |

I/we do hereby state that this Inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)--Unsworn Falsification to Authorities.

| Signature of person issuing Receipt / Inventory | TPR JAMES B. BASINGER  Printed Name | PSD  Affiliation | 7456  Badge or Title |
|---|---|---|---|
| Signature of Witness | Printed Name | Affiliation | Badge or Title |
| Signature of person making Search | TPR JAMES B. BASINGER  Printed Name | PSD  Affiliation | 7456  Badge or Title |

AOPC 4138 12-09-98

EXHIBIT E

04/30/03  21:54 FAX 7247791419          KINKOS REGIONAL OFFICE

A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANT/AFFIDAVIT

## Commonwealth of Pennsylvania

## RECEIPT / INVENTORY
OF SEIZED PROPERTY

COUNTY OF

| Docket Number (Issuing Authority): | Police Incident Number: | Warrant Control Number: |
|---|---|---|
| MD 27-03  30-3-03 | E3-1045215 | |

| Date of Search: | Time of Search: | Inventory Page Number: |
|---|---|---|
| 04/18/03 | 1500 HRS | of    Pages    1 |

| Affiant | Agency or Address if private affiant | Badge No. |
|---|---|---|
| TM _____ Rudd | PA STATE POLICE | 5937 |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search
Warrant and affidavit(s) (if not sealed) was

☐ personally served on  (name of person) _____

☒ was left at  (describe the location)   FRONT DOOR

| Item Number | Quantity | Item Description | Make, Model, Serial No., Color, etc. |
|---|---|---|---|
| 1 | 1 | WHITE UTILITY TRL CONTAINING AUTO PARTS | |
| 2 | 1 | WHITE UTILITY TRL CONTAINING AUTO PARTS & MOTORCYCLE | |
| 3 | 1 | WHITE CHEV 4 DOOR TRUCK | 16CHC33F2RJ392466 |

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we
sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)–Unsworn Falsification to Authorities.

| Signature of person issuing Receipt / Inventory | Printed Name | Affiliation | Badge or Title |
|---|---|---|---|
| | TM Robert T Bailes | | 5937 |

| Signature of Witness | Printed Name | Affiliation | Badge or Title |
|---|---|---|---|
| | | | |

| Signature of person making Search | Printed Name | Affiliation | Badge or Title |
|---|---|---|---|
| | | | |

AOPC 413B-98

EXHIBIT F

January 26, 2005
Page 2

charging him with violating Title 21, United States Code, Section 846 and Title 18, United States Code, Section 924(c)(1)(A)(i), pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

2. He acknowledges his responsibility for the conduct charged in Counts Two, Four and Six through Sixteen of the Indictment at Criminal No. 04-36 Erie and stipulates that the conduct charged in those counts may be considered by the Probation Office or by the District Court in imposing sentence.

3. He will voluntarily forfeit to the United States all property subject to forfeiture under Title 21, United States Code, Sections 853(a)(1), 853(a)(2) and 853(p), and Title 18, United States Code, Sections 982(a)(1) and 982(b)(1) including but not limited to the following:

> (a) United States currency in an amount of at least $215,031.35, cash equivalents, and bank account balances, constituting the gross proceeds of such violations;
>
> (b) real property including, without limitation:
>
>> (i) 19845 Hill Road, Hayfield Township, Crawford County, Pennsylvania, SW Intersection of 735 & 606 Assessor's Parcel # 28-05-008-70003;
>>
>> (ii) Mule Street, Fairfield Township, Crawford County, Pennsylvania, Assessor's Parcel # 23-06-014-70004;
>>
>> (iii) 12572 McChesney Road, Springfield Township, Erie County, Pennsylvania, Assessor's Parcel # 8-27-10.02 39; and
>
> (c) vehicles including, without limitation:
>
>> (i) 2003 Chevrolet Silverado VIN 1GCJK331X3F134794
>>
>> (ii) Dodge Ram Truck VIN 1B7KF23W91J175474

DRAFT

EXHIBIT G

January 26, 2005
Page 3

(iii) 1991 BMW VIN WBAAA1311MEC69886

(d) a coin collection.

4.   He acknowledges that the above-described property
     was used to facilitate the crime of conspiracy to
     distribute and possess with intent to distribute
     marijuana in violation of Title 21, United States
     Code, Section 846 and distribution and possession
     with intent to distribute methamphetamine in
     violation of Title 21, United States Code, Section
     841(a)(1).   The above-described property also
     constitutes proceeds of these offenses.

5.   If the Court imposes a fine or restitution as part
     of a sentence of incarceration, MAURICE FRANCIS
     FOLEY agrees to participate in the United States
     Bureau of Prisons' Inmate Financial Responsibility
     Program, through which 50% of his prison salary
     will be applied to pay the fine or restitution.

6.   At the time MAURICE FRANCIS FOLEY enters his plea
     of guilty, he will deposit a special assessment of
     $200 in the form of cash, or check or money order
     payable to "Clerk, U.S. District Court".   In the
     event that sentence is not ultimately imposed, the
     special assessment deposit will be returned.

7.   MAURICE FRANCIS FOLEY waives the right to take a
     direct appeal from his conviction or sentence under
     28 U.S.C. §1291 or 18 U.S.C. §3742, subject to the
     following exceptions:

          (a)   If the United States appeals from the
                sentence, MAURICE FRANCIS FOLEY may take
                a direct appeal from the sentence.
          (b)   If (1) the sentence exceeds the
                applicable statutory limits set forth in
                the United States Code, or (2) the
                sentence unreasonably exceeds the
                guideline range determined by the Court
                under the Sentencing Guidelines, MAURICE
                FRANCIS FOLEY may take a direct appeal
                from the sentence.
          (c)   As a condition of his guilty plea,
                MAURICE FRANCIS FOLEY may take a direct
                appeal from his conviction limited to the

DRAFT

EXHIBIT H

*THIS IS THE PAPERS FOR JACK'S HOUSE FOR SOME REASON YOUR NAME IS ALL OVER THEM I GUESS THEY TOOK ALL YOUR GIRLFRIEND FURNITURE + TV'S AND STUFF*

Re.....Search Warrant

# United States District Court

_____ WESTERN _____ DIS___T OF _____ PENNSYLVANIA _____

In the Matter of the Search of

(Name, street description of person or property to be searched)

**SEARCH WARRANT**

The Property Known As
9845 Hill Road
Saegertown, Pennsylvania 16433
(more fully described below)

CASE NUMBER: _____

**[UNDER SEAL]**

TO: _____ Special Agent Edwin G. Whitteaker, BATFE and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ Special Agent Whitteaker _____ who has reason to

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

9845 Hill Road, Saegertown, Pennsylvania 16433, Hayfield Township, Crawford County; a gray vinyl sided multi-story residence with gray shingles and satellite dish on front-porch roof. Residence has a detached multi-story vertical wood sided garage with two over headed doors and a man door on the front. In the back there is a large deck on the second story. There are various vehicles, a large bus, and wooded areas about the property. Property is located at the intersection of Hill Road and Broadford Road.

in the _____ Western _____ District of _____ Pennsylvania _____ there is now concealed a certain person or property, namely

Please see Attachment A

am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ *August 7 2003* _____
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime –6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ *Mag. Judge Baxter* _____ as required by law.
Judge or Magistrate

_____ *June 2003  2:55 P.M* _____     at     Erie, Pennsylvania
Date and Time Issued                             City and State

SEAN J. MCLAUGHLIN, U.S. District Judge         _____
Name and Title of Judicial Officer              Signature of Judicial Officer

**EXHIBIT I**

EXHIBIT J

ATF P/H GII

9:45AM On 4:15M out

# SEIZED PROPERTY LOG

REMOTE CASE NUMBER: 766051 03 0012

REMOTE CASE TITLE: 19845 Hill Road, Saegertown, PA 16433

| TYPE | RECOVERED FROM | QUANTITY | UNITS | ITEM DESCRIPTION |
|---|---|---|---|---|
| VEHICLE | Maurice Foley | | | VEHICLE TYPE: AUTOMOBILE. YR. 0. MAKE Dodge, MODEL: Ram 2500, COL: Burgandy. |
| VEHICLE | Maurice Foley | | | VEHICLE TYPE: AUTOMOBILE. YR 0 MAKE BMW. . COL: WHITE. TAG EZM6816 |
| OTHER | Maurice Foley | | | OTHER OTHER, MISC PACKAGING MATERIAL |
| OTHER | Maurice Foley | | | OTHER OTHER, WHIRLPOOL DUET FRONT LOADING WASHER |
| OTHER | Maurice Foley | | | OTHER GE ELECTRIC DRYER |
| DOCUMENT | Maurice Foley | | | DOCUMENTS: OTHER DOCUMENTS, COUNTER SPY SHOP RECEIPT $89 00 BEV HILLS, CA |
| DOCUMENT | Maurice Foley | | | DOCUMENTS OTHER DOCUMENTS MISC DOCUMENTS |
| DOCUMENT | Maurice Foley | | | DOCUMENTS OTHER DOCUMENTS, MISC DOCUMENTS |
| DOCUMENT | Maurice Foley | | | DOCUMENTS: OTHER DOCUMENTS, MISC DOCUMENTS |
| OTHER | Maurice Foley | | | OTHER OTHER, TWO VIEDEO TAPES |
| AMMUNITION | Maurice Foley | SEVERAL | | AMMUNITION: AMMUNITION - ASSORTED. QTY: SEVERAL. . CAL. 762 |
| OTHER | Maurice Foley | | | OTHER OTHER, TWO PHOTO ALBUMS |
| OTHER | Maurice Foley | | | OTHER CASH. TWO SILVER COLORED COINS AND TWO DOLLAR BILL |
| OTHER | Maurice Foley | | | OTHER OTHER, TWO UNDEVELOPED ROLLS OF FILM |
| OTHER | Maurice Foley | | | OTHER OTHER. TWO AUDIO/MICRO CASSETTES |
| OTHER | Maurice Foley | | | OTHER OTHER. ONE CALIFORNIA REGISTRATION PLATE 6D05284 |

8/6/2003

EXHIBIT K

# SEIZED PROPERTY LOG

REMOTE CASE NUMBER: 766051 03 0012

REMOTE CASE TITLE: 19845 Hill Road, Saegertown, PA 16433

| TYPE | RECOVERED FROM | QUANTITY | UNITS | ITEM DESCRIPTION |
|------|----------------|----------|-------|------------------|
| OTHER | Maurice Foley | | | OTHER OTHER, ALLTEL PHONE CARD #814 763 2478 7471 |
| OTHER | Maurice Foley | | | OTHER OTHER, MOTOROLA PAGER SN RTXCCA060874W |
| OTHER | Maurice Foley | | | OTHER OTHER, TRACPHONE CARD 440-6369 PIN # 8093 |
| AMMUNITION | Maurice Foley | 1 | | AMMUNITION: AMMUNITION, QTY 1 MFR WINCHESTER-WESTERN, CAL: 20 |
| DOCUMENT | Maurice Foley | | | DOCUMENTS: OTHER DOCUMENTS, BOX OF MISC DOCUMENTS |
| DOCUMENT | Maurice Foley | | | DOCUMENTS: OTHER DOCUMENTS, BOX OF MISC DOCUMENTS |
| OTHER | Maurice Foley | | | OTHER OTHER, SHARP COLOR TV MODEL #36JS400 SN 622788 |
| OTHER | Maurice Foley | | | OTHER OTHER, OAK ENTERTAINMENT CENTER |
| VEHICLE | Maurice Foley | | | VEHICLE: TYPE: MOTORCYCLE, YR: 1986, MAKE: Honda, . . . |
| OTHER | Maurice Foley | | | OTHER OTHER, SOFA AND LOVE SEAT |
| OTHER | Maurice Foley | | | OTHER OTHER, BEDROOM SET |
| DOCUMENT | Maurice Foley | | | DOCUMENTS: OTHER DOCUMENTS, MISC DOCUMENTS |
| OTHER | Maurice Foley | | | OTHER OTHER, PRO TECH POTABLE PLANER |
| OTHER | Maurice Foley | | | OTHER OTHER, RYOBI VARABILE SPEED MINI LATHE |
| OTHER | Maurice Foley | | | OTHER OTHER, WINCHESTER GUN SAFE |
| OTHER | Maurice Foley | | | OTHER OTHER, RING OF KEYS |

8/6/2003

EXHIBIT L

# SEIZED PROPERTY LOG

MOTE CASE NUMBER: 766051 03 0012

REMOTE CASE TITLE: 19845 Hill Road, Saegertown, PA 16433

| PE | RECOVERED FROM | QUANTITY | UNITS | ITEM DESCRIPTION |
|---|---|---|---|---|
| 1ER | Maurice Foley | | | OTHER OTHER, ONE (1) GARMIN GPS III+ SN 96446317 |
| HER | Maurice Foley | | | OTHER OTHER, FOUR (4) BMW TIRES AND WHEELS |
| HER | Maurice Foley | | | OTHER OTHER, ONE NIGHTSTAND SAFE |
| HER | Maurice Foley | | | OTHER OTHER, PLASTIC BOX OF DOCUMENTS |
| HER | Maurice Foley | | | OTHER OTHER, ONE "KEEP/SAFE" FLOOR SAFE BOX |

Page 3 of 3

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was placed for delivery by the U.S. Postal Service to and upon the following:

United States Districe Court
Clerk's Office
P.O. Box 1820
Erie, Pennsylvania
16507

U.S. Attorney's Office
17 South Park Row
Erie, Pennsylvania
16501

Maurice Foley  #20211-068
U.S. Penitentiary Canaan
P.O. Box 300
Waymart, Pa. 18472

Dated: December 6 , 2005