IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| V ) | Criminal No. 04-36 Erie |
| ) | |
| MAURICE FOLEY, ) | |
| Defendant. ) | |

## ORDER

AND NOW, this __9TH__ day of December, 2005, upon consideration of the Motion for the Return of Property (Document No. 207) filed by the Defendant

IT IS HEREBY ORDERED that the Government file a Response to this Motion on or before December 22, 2005

                                                                         _____
                                                                         Sean J. McLaughlin
                                                                         United States District Judge

cc: All counsel of record.   nk