```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

       # 06000489 - JD
       September 5, 2006

     Code    Case #    Qty     Amount

     IND FEE  04-36cr e        150.00 CA


     TOTAL→              150.00


     FROM: FOLEY
```

CR 04-36 E

special assessment

$150.00 payment

receipt # 06-2189