IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.  04-36 Erie |
| ) | |
| MAURICE FRANCIS FOLEY, ) | |
| JOHN KIRKPATRICK, et al. ) | |
| ) | |
| Defendants. ) | |

MOTION TO AMEND ORDER OF FORFEITURE

AND NOW comes the United States of America by and through its counsel, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Mary McKeen Houghton, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully represents as follows:

1.   By final order of forfeiture dated March 7, 2007, $215,031.35  in United States Currency  (the "Subject Currency"), was forfeited to the United States in the criminal case at Criminal Number 04-36 Erie.

2.   The United States has learned that the correct amount of the Subject Currency that is the subject of this forfeiture action is $214,623.35.

3.	The Final Order of Forfeiture dated March 7, 2007 against $215,031.35 in United States Currency should be amended to $214,623.35 in United States Currency.

WHEREFORE, the United States respectfully requests that this Honorable Court amend the Final Order of Forfeiture dated March 7, 2007 in the above-captioned civil action.

    Respectfully submitted,

    MARY BETH BUCHANAN
    United States Attorney

By:  s/Mary McKeen Houghton
    Assistant U.S. Attorney
    U.S. Post Office and Courthouse
    700 Grant Street, Suite 4000
    Pittsburgh, PA  15219
    (412) 894-7370
    PA ID No. 31929

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the within United States' Motion to Amend Order of Forfeiture has been served through the electronic filing system this 13th day of April, 2007 upon the following:

David A. Schroeder, Esquire
counsel99@aol.com

Timothy J. Lucas, Esquire
tjlucaslaw@aol.com

Thomas W. Patton, Esquire
Thomas_Patton@fd.org

Charbel G. Latouf, Esquire
clatouf@hotmail.com

Elliot J. Segel, Esquire
es@ssinjurylaw.com

Stephen M. Misko, Esquire
miskoatlaw@aol.com

Ross C. Prather, Esquire
rossprather@alltel.net

Gene P. Placidi, Esquire
genep@mplegal.com

John H. Moore, Esquire
jhmcddam@yahoo.com

                s/Mary McKeen Houghton
                Assistant U.S. Attorney
                U.S. Post Office and Courthouse
                700 Grant Street, Suite 4000
                Pittsburgh, PA  15219
                (412) 894-7370
                PA ID No.  31929