IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No.  04-36 Erie |
| | ) | |
| MAURICE FRANCIS FOLEY, | ) | |
| JOHN KIRKPATRICK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF COURT

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that the subject $215,031.35 in United States Currency  (the "Subject Currency") in the Judgment and Final Order of Forfeiture dated March 7, 2007, be, and hereby is, amended to $214,623.35 in United States Currency.

_____
J.