UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-3824
_____

UNITED STATES OF AMERICA

v.

MAURICE FRANCIS FOLEY,
a/k/a Maurice Hoover,
a/k/a Clarence Lee Oday, II,
a/k/a Luke,

Maurice Francis Foley,

Appellant.

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(No. 04-cr-00036)
District Judge: Hon. Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
January 25, 2007

Before: SCIRICA, Chief Judge, FUENTES and CHAGARES, Circuit Judges.

_____

JUDGMENT

This cause came on to be considered on the record from the United States

District Court for the Western District of Pennsylvania and was submitted pursuant to

Third Circuit LAR 34.1(a) on January 25, 2007. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of conviction and sentence entered on July 29, 2005, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

                    Attest:

                    /s/ Marcia M. Waldron
                    Clerk

DATED: February 27, 2007

Certified as a true copy and issue in lieu
of a formal mandate on May 21, 2007.

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit