OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4923 |

www.ca3.uscourts.gov

May 21, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501


**RE: Docket No. 05-3824**
    **USA  vs. Foley**
    **No. 04-cr-00036-1E**


Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.


                            Very truly yours,
                            MARCIA M. WALDRON
                            Clerk

                        By: Charlene Crisden
                            Case Manager

Enclosure

cc:
        Peter Goldberger, Esq.
        Laura S. Irwin, Esq.
        Robert L. Eberhardt, Esq.