IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-36 Erie |
| ) | |
| MAURICE FRANCIS FOLEY ) | |

**O R D E R**

AND NOW, to wit, this _____ day of October, 2007, the Court having considered the motion of the government to destroy certain firearms, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Troopers of the Pennsylvania State Police shall forthwith destroy the following weapons:

    (a)  New England 20 gauge shotgun, serial number NE275489

    (b)  Remington 700 30-06 with scope, serial number A6478908

    (c)  Mossberg 20 gauge shotgun, serial number L785835

    (d)  Mossberg 12 gauge pump shotgun, serial number G156124

    (e)  Ruger 44 mag revolver with scope, serial number SN550-68728

 

_____
UNITED STATES DISTRICT JUDGE

cc: United States Attorney