

MAURICE FOLEY
26211-068
USP LEE
P.O. Box 305
JONESVILLE, VA.
24263

U.S. PENITENTIARY - LEE COUNTY
JONESVILLE, VA 24263

RECEIVED

MAY 22 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. DISTRICT COURT
CLERK'S OFFICE
P.O. Box 1820
ERIE, PA.
16507

RECEIVED
USP LEE MAIL ROOM
2008 MAY 14  PM 12: 08

CERTIFIED MAIL

7007 2660 0000 8292 2517

LEGAL MAIL