IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA        )
                                )
            v.                  )    Criminal No. 04-36 Erie
                                )    Civil No. 08-157 Erie
MAURICE FRANCIS FOLEY           )
```

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANT'S MOTION TO VACATE JUDGMENT**

AND NOW comes the United States of America, by and through its counsel, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Christian A. Trabold, Assistant United States Attorney for said district, and states as follows:

1. On May 22, 2008, the defendant, Maurice Foley, acting *pro se*, filed a Motion to Vacate Judgment pursuant to 28 U.S.C. § 2255.

2. On May 23, 2008, this Court issued an Order directing the Government to file its Response on or before June 23, 2008.

3. On June 12, 2008, the Government filed a Motion for Discovery of Attorney-Client Records seeking information necessary to respond to the defendant's claims of ineffective assistance of counsel.

4. This Court scheduled a hearing on the Government's motion for discovery for July 24, 2008, and therefore, the Government will need an extension of time within which to respond to the defendant's motion.

WHEREFORE, the Government respectfully requests an additional 90 days to respond to the defendant's motion to vacate.


Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


/s/ Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013