```
            IN THE UNITED STATES DISTRICT COURT

        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
        v.                    )   Criminal No. 04-36 Erie
                              )   Civil No. 08-157 Erie
MAURICE FRANCIS FOLEY         )
```

**ORDER**

AND NOW, this ____ day of June, 2008, upon consideration of the Government's Motion for Extension of Time to File Response to Defendant's Motion to Vacate,

IT IS HEREBY ORDERED that the Government's motion is GRANTED, and the Government shall file its response on or before September 22, 2008.

_____
UNITED STATES DISTRICT JUDGE