Maurice F. Foley
Reg. No. 20211-068
United States Penitentiary Lee County
P.O. Box 305
Jonesville, VA 24263

BRISTOL VA
26 JUN 2008



19501#1155

LEGAL MAIL

Clerk of Court
U.S. District Court
Federal Building & U.S. Courthouse
17 South Park Row
Erie, PA 16501